# Exhibit 2

Accessories                                                                                                  Browse all

Pay for your new Apple products over time, interest-free with Apple Card.◊ Just choose Apple Card Monthly Installments when you check out. Learn more ›

# 41mm Umber Leather Link - M/L

$99.00

or

$8.25/mo. for 12 mo.*

Pay 0% APR when you choose Apple Card Monthly Installments at checkout

**Color - Umber**

  

**Case Size**

| 41mm | 45mm |

Works with most versions of Apple Watch.
See compatibility details ›

**Band Size**

| S/M Band fits 130–160mm wrists. | M/L Band fits 140–180mm wrists. |

To purchase with monthly pricing, add this item to your bag and choose to check out with Apple Card Monthly Installments.◊



  

 Order now. Pick up, in store:
Today at **Apple Boylston Street**

 Order by 5 p.m.. Delivers to **02108**
Tomorrow 10:30a.m. - 12:30p.m. — $9.00
Fri, May 26 — Free

**Add to Bag**

**Need a moment?**
Keep all your selections by saving this device to Your Saves, then come back anytime and pick up right where you left off.

 Save for later



Need some help? Contact us.

Cases shown are for illustration purposes only.

## Product Information

| | |
|---|---|
| Overview | The Leather Link features handcrafted Roux Granada leather made in France. The strap elegantly wraps around the wrist and magically attaches with flexible moulded magnets that gently flex to help maintain a secure, comfortable fit throughout the day. |
| What's in the Box | Apple Watch Leather Link[1] |
| Tech Specs | Material: Leather |

## Compatibility

## You may also like



**41mm Gold Milanese Loop**

$99.00



**41mm Azure Modern Buckle - Medium**

$149.00



**49mm Starlight Alpine Loop - Large**

$99.00



◊ Apple Card Monthly Installments (ACMI) is a 0% APR payment option available only in the U.S. to select at checkout for certain Apple products purchased at Apple Store locations, apple.com, the Apple Store app, or by calling 1-800-MY-APPLE, and is subject to credit approval and credit limit. See https://support.apple.com/kb/HT211204 for more information about eligible products. Variable APRs for Apple Card other than ACMI range from 15.74% to 26.74% based on creditworthiness. Rates as of April 1, 2023. If you choose the pay-in-full or one-time-payment option for an ACMI-eligible purchase instead of choosing ACMI as the payment option at checkout, that purchase will be subject to the variable APR assigned to your Apple Card. Taxes and shipping are not included in ACMI and are subject to your card's variable APR. See the Apple Card Customer Agreement for more information. ACMI is not available for purchases made online at the following special stores: Apple Employee Purchase Plan; participating corporate Employee Purchase Programs; Apple at Work for small businesses; Government, and Veterans and Military Purchase Programs, or on refurbished devices. iPhone activation required on iPhone purchases made at an Apple Store with one of these national carriers: AT&T, Verizon, or T-Mobile.

* Monthly pricing is available when you select Apple Card Monthly Installments (ACMI) as payment type at checkout at Apple, and is subject to credit approval and credit limit. Financing terms vary by product. Taxes and shipping are not included in ACMI and are subject to your card's variable APR. See the Apple Card Customer Agreement for more information. ACMI is not available for purchases made online at special storefronts. The last month's payment for each product will be the product's purchase price, less all other payments at the monthly payment amount.

To access and use all Apple Card features and products available only to Apple Card users, you must add Apple Card to Wallet on an iPhone or iPad that supports and has the latest version of iOS or iPadOS. Apple Card is subject to credit approval, available only for qualifying applicants in the United States, and issued by Goldman Sachs Bank USA, Salt Lake City Branch.

If you reside in the U.S. territories, please call Goldman Sachs at 877-255-5923 with questions about Apple Card.

---

1. Band is not water resistant.
Band contains magnets and may cause interference with Compass on Apple Watch.
Bands are subject to availability.
We approximate your location from your internet IP address by matching it to a geographic region or from the location entered during your previous visit to Apple.

---

 > Watch > Buy Apple Watch Bands > 41mm Umber Leather Link - S/M

| Shop and Learn | Account | Apple Store | For Business | Apple Values |
|---|---|---|---|---|
| Store | Manage Your Apple ID | Find a Store | Apple and Business | Accessibility |
| Mac | Apple Store Account | Genius Bar | Shop for Business | Education |
| iPad | iCloud.com | Today at Apple | | Environment |
| iPhone | | Apple Camp | For Education | Inclusion and Diversity |
| Watch | Entertainment | Apple Store App | Apple and Education | Privacy |
| AirPods | Apple One | Certified Refurbished | Shop for K-12 | Racial Equity and Justice |
| TV & Home | Apple TV+ | Financing | Shop for College | Supplier Responsibility |
| AirTag | Apple Music | Apple Trade In | | |
| Accessories | Apple Arcade | Order Status | For Healthcare | About Apple |
| Gift Cards | Apple Fitness+ | Shopping Help | Apple in Healthcare | Newsroom |
| | Apple News+ | | Health on Apple Watch | Apple Leadership |
| Apple Wallet | Apple Podcasts | | Health Records on iPhone | Career Opportunities |
| Wallet | Apple Books | | | Investors |
| Apple Card | App Store | | For Government | Ethics & Compliance |
| Apple Pay | | | Shop for Government | Events |
| Apple Cash | | | Shop for Veterans and Military | Contact Apple |

More ways to shop: Find an Apple Store or other retailer near you. Or call 1-800-MY-APPLE.

| Copyright © 2023 Apple Inc. All rights reserved. | Privacy Policy | Terms of Use | Sales and Refunds | Legal | Site Map | United States |