# Exhibit 3

| U.S. Patent No. 9,721,712 | Accused Product |
|---|---|
| 1. Hybrid Mechanical and Magnetic Fastening System, the system comprising: | The Accused Product is the "Apple Watch Leather Link," which is a wristband that utilizes a hybrid mechanical and magnetic fastening system: |
| **a plurality of first fastener components**, each first fastener component having one or more **primary mechanical features**, | |
| the one or more primary mechanical features having **a primary interference surface**, | Accused Product: |

| | |
|---|---|
| the first fastener component also having a **first magnetic component**; | Accused Product with leather removed: |
| a plurality of **second fastener components**, each second fastener component having one or more **secondary mechanical features**, | |
| the one or more secondary mechanical features having **a secondary interference surface** coinciding in shape with the **primary interference surface** of the first fastener component so as to be interferingly engageable, | Accused Product: |
| the second fastener component having a **second magnetic component**; | Accused Product with leather removed: |

| | |
|---|---|
| a **primary contact plane** being defined as a primary plane between the first and second fastener; | Accused Product: |
| wherein each **primary interference surface** and each **secondary interference surface** are angled with respect to the **primary contact plane**; | Accused Product: |
| wherein the **first** and **second magnetic components** are configured to attract to one another and cause **engagement** of the **primary** and **secondary interference surfaces**; and | Accused Product: |
| wherein the plurality of primary mechanical features and the plurality of secondary mechanical features when in an engaged state maintain **a predetermined float distance** between **opposing primary surfaces** of the primary mechanical features and **opposing secondary surfaces** of the secondary mechanical features. | Accused Product: |